# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

EARNEST WOODARD,

        Petitioner,

-vs-                                           Case No.  6:06-cv-500-Orl-31KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS and ATTORNEY GENERAL,
STATE OF FLORIDA,

        Respondents.

_____

## ORDER OF DISMISSAL

On May 9, 2006, the Court entered an Order (Doc. No. 9) requiring Petitioner to show cause, within eleven days from the date of the Order, as to why this case should not be dismissed for failure to respond to the Related Case Order (Doc. No. 6).  Further, the Court notified Petitioner that the failure to do so could result in the dismissal of the action without further notice.  As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 25th day of May, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc  5/25
Counsel of Record
Earnest Woodard